*Motion (9) is **GRANTED.***
*/s/ Waverly D. Crenshaw, Jr.*
**US DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| BRYAN URIEL VELASQUEZ-CANCINO,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT LADWIG, Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; SHERIFF Eddie FARRIS, Warden of Putnam County Jail,<br><br>Defendants. | Case No. 2:25-cv-00091<br>Judge Crenshaw<br>Magistrate Judge Newbern |

## JOINT MOTION TO LIFT STAY

The Parties hereby jointly move to lift the stay in this action. On October 1, 2025, due to a lapse of appropriation, all civil litigation in cases in which the United States Attorney's Office for the Middle District of Tennessee or the Department of Justice is counsel of record were immediately suspended, postponed and held in abeyance until such time as appropriations are restored either by passage of a new continuing resolution or a full budget for fiscal year 2026. (Administrative Order No. 82 Supplemental) However, the Order further held that the presiding judge may deviate from this order when appropriate for the needs of a case. *Id.* Therefore, the Parties are requesting that this Honorable Court lift the stay in this case because this case is a Petition for Writ of Habeas Corpus, and it is appropriate to lift the stay so that this case may proceed.