Motion (15) is GRANTED.

*Waverly D. Crenshaw, Jr*
US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| BRYAN VELASQUEZ-CANCINO,<br><br>    Petitioner,<br><br>v.<br><br>Scott LADWIG, Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Sheriff Eddie FARRIS, Warden of Putnam County Jail,<br><br>    Respondents. | Case No.: 2:25-cv-00091<br>Judge Crenshaw |

### PETITIONER'S MOTION TO FILE REPLY EXCEEDING PAGE LIMIT

Petitioner Bryan Uriel Velasquez-Cancino respectfully moves the Court to file a reply longer than five pages. *See* Local Rule 7.01(a)(4). The tendered reply is just short of 11 pages of text, making it half the length of the Respondents' response. That response raised three jurisdictional defenses, and it also raised an exhaustion-of-remedies defense, which were all new topics that Petitioner had to address fresh in his reply, in addition to responding to the Respondents' counterarguments to his Petition. Petitioner has tried to brief these issues as efficiently as possible, and respectfully requests leave to exceed the page limit. The tendered reply is attached.

1