# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### COOKEVILLE DIVISION

| | |
|---|---|
| **BRYAN VELASQUEZ-CANCINO,**<br>**Petitioner,**<br><br>**v.**<br><br>**Scott LADWIG, Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Sheriff Eddie FARRIS, Warden of Putnam County Jail**<br><br>**Respondents.** | **Case No.: 2:25-cv-00091** |

## ORDER GRANTING PETITION

Petitioner Bryan Uriel Velasquez-Cancino filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241 on November 3, 2025. (Doc. No. 1.)

The Court conducted a hearing on December 9 and 12, 2025, for the reasons stated on the record, the petition is **GRANTED**. The Court will issue a supplemental opinion. Petitioner shall be released from custody immediately pending a bond hearing from an immigration judge.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE